UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD JORDAN, | ) | Case No.: 1:23 CV 176 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| LANDMARK COMPANIES, LLC, *et al.*, | ) | |
| | ) | |
| | ) | ORDER OF APPROVAL AND DISMISSAL |
| Defendants | ) | |

Before the court is a Sealed Motion to Approve Settlement, (ECF 16). After review of said Motion and the Settlement Agreement, the court hereby finds that the settlement is fair, reasonable and adequate. Therefore, the court hereby dismisses the within action, with prejudice, as requested by the parties. Pursuant to further request of the parties, the court will retain jurisdiction to enforce the settlement for a period of one-hundred and twenty (120) days.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

November 21, 2023